IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

YESENIA KRYSTAL MORALES GARCIA

DEBTOR

CASE NO 15-04741/ESL

CHAPTER 13

DEBTOR'S REPLY TO *TRUSTEE'S MOTION TO DISMISS*
DOCKET NO. 29 and
REQUEST FOR EXTENSION OF TIME TO CURE BALANCE ON PLAN ARREARS

TO THE HONORABLE COURT:

**COMES NOW, YESENIA KRYSTAL MORALES GARCIA,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** On November 28, 2016, FirstBank Puerto Rico, filed a *motion to dismiss*, docket #29, basically alleging that the debtor is in arrears in the Plan payments in the sum of $1,650.00.

**2.** The debtor hereby replies to the FirstBank motion respectfully stating that on December 21, 2016, the debtor made an $850.00 Plan payment to the Trustee to partially cure the Plan arrears. Attached is evidence of money orders #17491971392 and #17491971391.

**3.** The debtor is still in arrears in the Plan payments ($800.00) and the debtor proposes to cure these arrears within thirty (30) days.

**4.** Based on the aforementioned, the debtor respectfully requests an additional extension of time of thirty (30) days within to cure the balance owed on the Plan arrears and inform the Court, accordingly. This extension of time to expire on January 21, 2017.

**WHEREFORE** debtor respectfully prays this Honorable Court grant the present reply to the Trustee's motion requesting dismissal, and grant the requested extension of time.

Page – 2-
Debtors' Reply to Trustee's Motion to Dismiss
Case no. 15-04741/ESL13

    **I HEREBY CERTIFY** that on this same date a copy of this notice was electronically filed with the Clerk of the Court using CM/ECF system which will send notifications of such to the Chapter 13 Trustee and to all CM/ECF participants; I also certify that I have mailed by United States Postal Service copy of this motion to the following non-participant: debtor, Yesenia Krystal Morales García, PO Box 370, Juncos, PR 00777, in the above captioned case.

    **RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 22nd day of December, 2016.

/s/*Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**WESTERN UNION** — WESTERN UNION FINANCIAL SERVICES, INC. ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction Downtown NA, Grand Junction, Colorado

**MONEY ORDER**

17-491971392

A 141759  D 122116
T 1503 01
174919713920 L 000003        $ 350.00

PAY EXACTLY THREE HUNDRED FIFTY DOLLARS AND NO CENTS

PAY TO THE ORDER OF: Alejandro Oliveras Rivera-Sindico



PURCHASER'S ADDRESS: Cap-13 #150 Av 11

⑆ 102100400⑆ 40174919713920⑈

---

**MONEY ORDER RECEIPT - NON NEGOTIABLE**

Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 141759 LOC 000003 DT 122116 $350.00 3HUNDRED50DOLLARS AND NO CENTS

Payable to:

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

* 17491971392 *

← LOAD THIS DIRECTION, THIS SIDE UP     LOAD THIS DIRECTION, THIS SIDE UP →

